**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————

**No. 04-7541**

—————

CLAUDIS B. GREEN,

Plaintiff - Appellant,

versus

JOHN W. WILLIAMS, Head Nurse - Camp 27,

Defendant - Appellee,

and

D. W. BARNES, Head Physician - Camp 27,

Defendant.

—————

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Tommy E. Miller, Magistrate Judge. (CA-03-596-2)

—————

Submitted: January 13, 2005          Decided: January 20, 2005

—————

Before WIDENER, NIEMEYER, and GREGORY, Circuit Judges.

—————

Affirmed by unpublished per curiam opinion.

—————

Claudis B. Green, Appellant Pro Se. Carlene Booth Johnson, PERRY & WINDELS, Dillwyn, Virginia, for Appellee.

—————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Claudis B. Green appeals the order of the magistrate judge* granting the Defendant's motion for summary judgment, denying Green's motion for summary judgment, and dismissing his action under 42 U.S.C. § 1983 (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the magistrate judge. See Green v. Williams, CA-03-596-2 (E.D. Va., Sept. 17, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

*This case was decided by the magistrate judge upon consent of the parties under 28 U.S.C. § 636(c)(1) (2000).

- 3 -